UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                          CHAPTER 7 CASE

Kipp J Frederiksen                  CASE NO. 10-48797
Dawn S Frederiksen
                                           ORDER
                 Debtors

_____

        This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

It is ordered:

        1.        The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated June 15, 2007, executed by Kipp J Frederiksen and Dawn S Frederiksen husband and wife , recorded on June 29, 2007, as Document No.380289, covering real estate located in Isanti County, Minnesota, legally described as:

     Lot 6 Block 3 Hillock West, Isanti County Minnesota
     And commonly known as 410-12th Avenue, NW, Isanti, Minnesota 55040-6262

and may pursue its remedies under state law in connection with the mortgage deed.

        2.        Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:   February 3, 2011

                                                           /e/ Nancy C. Dreher
                                                           United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/03/2011
Lori Vosejpka, Clerk, by KK